NO. 07-02-0063-CR

NO. 07-02-0064-CR

NO. 07-02-0065-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 5, 2002

______________________________

GREGORY RAY ROY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 181
ST
 DISTRICT COURT OF POTTER COUNTY;

NOS. 41,767-B, 41,768-B, 41,790-B; HONORABLE JOHN B. BOARD, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Gregory Ray Roy filed notices of appeal in the referenced matters in which his probation was revoked in Cause No. 07-02-0065-CR and his guilt was adjudicated in Cause Nos. 07-02-0063-CR and 07-02-0064-CR.  Because the clerk’s record had not been filed due to appellant’s failure to pay or make arrangements to pay for the record, we abated the appeals to the trial court for a hearing.  However, appellant has now filed a motion to dismiss his appeals.  That motion has been signed by both appellant and his attorney. 

Because appellant has complied with the requirements of Rule of Appellate Procedure 42.2(a) and because this court has not delivered its decision prior to receiving the motion, the motion is hereby granted.  Having dismissed the appeals at appellant’s request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

John T. Boyd

 Chief Justice

Do not publish.